669 A.2d 876

**William ASHBY, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 26, 1995.

## *ORDER*

PER CURIAM.

AND NOW, this 26th day of June, 1995, the within appeal is dismissed as moot.

MONTEMURO, J., is sitting by designation.